887 A.2d 1237

**Carmine A. LAURO, Sr. Appellant**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Dec. 1, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of December, it is hereby ordered that the Order of the Commonwealth Court is affirmed.